1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    MAG NO. 06-052 GGH
                                )
12           PLAINTIFF,          )
                                )    MOTION AND ORDER TO
13      v.                      )    DISMISS CRIMINAL COMPLAINT
                                )
14 ISRAEL DELGADO-MARQUEZ,      )
                                )
15           Defendant.         )
                                )
16

17      The United States of America, by and through the undersigned

18 Assistant United States Attorney hereby moves this Court, pursuant

19 to Rule 48(a), to dismiss the Criminal Complaint that was filed on

20 February 17, 2006, in the above-entitled matter.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     Accordingly, the government requests that the case be
2 dismissed without prejudice, pursuant to Rule 48(a).

4 DATED: February 26, 2006        Respectfully submitted,

5                                     McGREGOR W. SCOTT
                                    United States Attorney

8                               By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

10                  _____

12     IT IS SO ORDERED.

14 DATED: 3/2/06                        /s/ Gregory G. Hollows

15                                     HONORABLE GREGORY G. HOLLOWS
                                  United States Magistrate Judge

delgado.ord